IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DEONDRAY RAYMOND MASON, § | |
| Plaintiff, § | |
| v. § | 2:23-CV-111-Z-BR |
| DIRECTOR, TDCJ-CID, § | |
| Defendant. § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff ("FCR"). ECF No. 7. Objections to the findings, conclusions, and recommendation have been filed. *See* ECF No. 10. After making an independent review of the pleadings, files, records, and objections in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**. Plaintiff's purported Amended Complaint (ECF No. 8), filed without leave of Court, is not accepted for the same reasons articulated in the FCR. *See* ECF No. 7. All other relief is **DENIED**. ECF no. 12.

**IT IS SO ORDERED**.

August 16, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE